ROYAL BANK OF CANADA, Respondent, v. AUSTIN, NICHOLS & COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals' denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

OTTO SEEBERGER, Respondent, v. PUTNAM & COMPANY, INC., and JACOB RUBIN & SONS, INC., Appellants.— Motions for leave to appeal to the Court of Appeals denied. Stays continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOSEPH STULMAN and MAX RUBINSON, Respondents, v. RUTHLAND REALTY CORPORATION and Others, Defendants. ESTATE OF S. WEINSTEIN, Appellant.— Motion for stay pending appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NATHAN BERLER, Appellant, v. DAVID H. EDELSOHN, Respondent. (Action No. 1.) — Order denying plaintiff's motion for summary judgment, to dismiss the counterclaim, and for severance of the issues, affirmed, with ten dollars costs and disbursements. The motion to dismiss the counterclaim should have been made within ten days after service of the answer. (Rule 110, Rules of Civil Practice.) The issues presented by the pleadings as amplified by the affidavits show that the case should be tried, and not disposed of summarily. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

NATHAN BERLER, Appellant, v. DAVID H. EDELSOHN, Respondent. (Action No. 2.) — Order denying plaintiff's motion for summary judgment, for severance of issues, and for dismissal of counterclaim, affirmed, with ten dollars and disbursements. (See memorandum in *Berler* v. *Edelsohn, No. 1, ante,* p. 847, decided herewith.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Order denying plaintiff's motion to amend her complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ROBERT J. DELOP, Respondent, v. HARRY PERLITCH, Appellant.— Order denying motion to set aside service of summons and to vacate judgment entered thereon affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

SOLOMON DOBLIN, Respondent, v. SEYMOUR MORK, Appellant.— Order striking out certain portions of the answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

OSCAR FISCHBACH, Appellant, v. GEORGE KEAN and KEAN MANHATTAN CORPORATION, Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

H. KADISH & SON, INC., Respondent, v. ANGELO OTTAVIANO, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL HAMMER, Respondent, v. HARRIS MICHAEL, Appellant.— Judgment affirmed, with costs. No opinion. This court reverses the second finding of fact of the trial justice upon the ground that no such provision is contained in the contract. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents upon the ground that this was a sale of a three-family house, that the